# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

      v.

JOHN ST. LOUIS

Magistrate No. 22-1049

    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this ____3rd____ day of _____March_____, 2022

    ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                 /s/ Matthew J. Skahill
                HONORABLE MATTHEW J. SKAHILL
                UNITED STATES MAGISTRATE JUDGE